Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

HENRYK SZYMIK,                                   Index No.: 07-CV-11293

       Plaintiff(s),        **NOTICE OF ADOPTION OF ANSWER**
            **TO MASTER COMPLAINT**
 -against-
            **ELECTRONICALLY FILED**
110 CHURCH, LLC, et al.,

       Defendant(s).
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 1, 2008

                            Yours etc.,

                            McGIVNEY & KLUGER, P.C.
                            Attorneys for Defendants
                            90 CHURCH STREET LIMITED PARTNERSHIP
                            and BOSTON PROPERTIES, INC.

                            By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:    GREGORY J. CANNATA, ESQ.
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         233 Broadway, 5th Floor
         New York, New York, 10279
         (212) 553-9206

         All Defense Counsel