Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

HENRYK SZYMIK,                                               Index No.: 07-CV-11293

                         Plaintiff(s),              **NOTICE OF ADOPTION OF ANSWER
                                                     TO MASTER COMPLAINT**

     -against-                                       **ELECTRONICALLY FILED**

110 CHURCH, LLC, *et al.*,

                         Defendant(s).
-------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a

GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for

its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade

Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL

RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       April 1, 2008

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
GENERAL REINSURANCE CORP. i/s/h/a
GENERAL RE SERVICES CORP.

By:
   Richard E. Leff (RL-2123)
   80 Broad Street, 23rd Floor
   New York, New York 10004
   (212) 509-3456

TO:    GREGORY J. CANNATA, ESQ.
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       233 Broadway, 5th Floor
       New York, New York, 10279
       (212) 553-9206

       All Defense Counsel