UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER LOWER   :   Docket No.:
MANHATTAN DISASTER SITE               :   21 MC 102 (AKH)
LITIGATION   :
-------------------------------------------------------   :
:
HENRY SZYMIK,   :   Case No.:
:   07-CV-11293-AKH
             Plaintiffs,   :
:
  - against -   :   **NOTICE OF APPEARANCE**
:   **BY DEFENDANT**
110 CHURCH ST., *et al*,   :   <u>**WESTON SOLUTIONS, INC.**</u>
:
            Defendants.   :
:
------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

     PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below. The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
       April 9, 2008

3190402.1

2

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: _/s/ Jason Harrington_____
    Jason Harrington (JH7273)
    Attorneys for Defendant
    Weston Solutions, Inc.
    150 E 42nd Street
    New York, NY 10017
    (212) 490-3000 (p)
    (212) 490-3038 (f)


To: All parties via ECF

2

3190402.1