William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)

———————————————————X

HENRYK SZYMIK,

                                          **NOTICE OF**
            V.                            **ADOPTION**

100 CHURCH LLC, ET. AL.,
                                          CASE NUMBER: (AKH)
                                          07 CV 11293
———————————————————X

PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Case 1:07-cv-11293-AKH     Document 17     Filed 05/07/2008     Page 2 of 2

Dated: New York, New York
       May  6   2008

                     Faust, Goetz, Schenker & Blee, LLP

                     By: William J. Smith (WJS-9137)
                     Attorneys for the Brookfield Parties
                     Two Rector Street, 20th Floor
                     New York, NY 10006
                     (212) 363-6900