x:/ats52531Adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
HENRYK SZYMIK,

                    Plaintiff,

  -against-

110 CHURCH LLC, 53 PARK PLACE LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC., AMG REALTY
PARTNERS, LP., ANN TAYLOR STORES
CORPORATION, ET AL,

                    Defendants.
------------------------------------------------------------------X

**NOTICE OF ADOPTION**

21 MC 102

      PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
May 16, 2008

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendant
ANN TAYLOR STORES CORPORATION
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

TO:
THE LAW FIRM OF GREGORY J. CANNATA
Attorneys for Plaintiff
233 Broadway, Floor 5
New York, New York  10279
(212) 553-9206