RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

|  |  |
|---|---|
| IN RE: | Case No.: 1:21 MC 102 (AKH) |
| LOWER MANHATTAN DISASTER SITE | **NOTICE OF APPEARANCE** |
| LITIGATION (21 MC 102) | |

-----------------------------------------------------------------X    **ELECTRONICALLY FILED**

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC hereby appears in

the above-entitled action, and that the undersigned have been retained as attorneys for

said defendant in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

Dated: New York, New York
      August 1, 2008

RUBIN, FIORELLA & FRIEDMAN LLP

By: *Leila Cardo*
    Leila Cardo (LC-8359)
    *Attorneys for Defendant*
    110 CHURCH, LLC
    292 Madison Avenue - 11th Floor
    New York, New York 10017
    (212) 953-2381
    File No. 344-6879