UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

---

HENRYK SZYMIK,

                         Plaintiffs,

       - against –                             AFFIDAVIT OF PERSONAL SERVICE

110 CHURCH LLC,
53 PARK PLACE LLC,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC.,
AMG REALTY PARTNERS, LP,
ANN TAYLOR STORES CORPORATION,
BELFOR USA GROUP, INC.,
BFP ONE LIBERTY PLAZA CO., LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES, L.P.,
LIONSHEAD 110 DEVELOPMENT LLC,
LIONSHEAD DEVELOPMENT LLC,
MERRILL LYNCH & CO, INC.,
MOODY'S HOLDINGS, INC.,
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,

NEW LIBERTY PLAZA LP,
NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,
NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA,
R Y MANAGEMENT CO., INC.,
RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., LP,
STRUCTURE TONE GLOBAL SERVICES, INC,
STRUCTURE TONE, (UK) INC.,
THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178),
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
THE RELATED COMPANIES, LP,
THE RELATED REALTY GROUP, INC.,
TOSCORP. INC.,
TRIBECA NORTH END, LLC,
VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC.,
VERIZON PROPERTIES, INC.,
WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P.,
WFP ONE LIBERTY PLAZA, CO. GP, CORP.,
WFP TOWER B CO. L.P.,
WFP TOWER B CO., G.P. CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER D CO. L.P.,
WFP TOWER D CO., G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P.,
WFP TOWER D HOLDING CO. II L.P.,
WFP TOWER D HOLDING I G.P. CORP.,
WORLD FINANCIAL PROPERTIES, L.P.,
ZAR REALTY MANAGEMENT CORP.,
ZECKENDORF REALTY, LLC,
ZECKENDORF REALTY, LP,

              Defendants.
_____

STATE OF NEW YORK )
           )
COUNTY OF NEW YORK ) ss.:

Edward Kostyukovsky, being duly sworn, deposes and says:

That I am over the age of 18 years, reside in Kings County, New York and am not a party to this action. That I served the **Summons and Complaint** in the above captioned action on:

**BROOKFIELD FINANCIAL PROPERTIES, INC.,**
At:  3 World Financial Center
     New York, New York 10281

On:  The 15th of April, 12:35 p.m.

by personally delivering a true copy to **Anna Guzman**, a person of suitable age and discretion who identified him/herself as authorized to accept the service of legal documents on behalf of the entity served. Description of person served is as follows:

Sex:   Female
Color of Skin: Spanish      Approximate Age:    35-50
Color of Hair: Brown        Approximate Height: 5' 8"
Color of Eyes: Brown        Approximate Weight: 160

_____
Edward Kostyukovsky

Sworn before me this
14th day of August, 2008

_____
Notary Public

APRIL FARRIOR
Notary Public, State of New York
No. 01FA6189633
Qualified in Kings County
Commission Expires June 30, 2012