Index # 07 cv 11293
Purchased/Filed: December 17, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Henryk Szymik        Plaintiff

against

110 Church LLC, 53 Park Place LLC; et al        Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**        Approx. Age: 45 Yrs.

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White

Hair color: Brown   Other:

___Robin Brandow___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___April 16, 2008___, at ___1:20 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons in a Civil Case & Complaint by Adoption___ on ___National Association of Securities Dealers, Inc. nka Financial Industry Regulatory Authority, Inc.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___NOT-FOR-PROFIT CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

16th  day of        April, 2008

_(signature)_
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_(signature)_
Robin Brandow

Invoice•Work Order # 0807326