# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

In Re: World Trade Center Lower Manhattan Disaster Site Litigation          Case No: 07 CV 11293

Henryk Szymik
Plaintiff(s)
v
110 Church LLC, et al
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Indoor Environmental Technology, Inc.

With the (documents) 2 Copies of Summons and Complaint; and Check in the amount of $50.00 made payable to Delaware Secretary of State

Person Served: Karen Charbonneau, Business Agent authorized to accept service

Service Address: Delaware Secretary of State, 401 Federal St., Dover, Delaware 19901

Date of Service: March 19, 2008          Time of Service: 2:41 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading           ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion

**Description:** Age: 54   Sex: F   Race: W   Hgt. 5'6"   Wgt: 160   Hair: Blonde   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

March 20, 2008          at     Wilmington,     Delaware
Date                    City                  State

                                              Ontry Patten, Process Server
State of Delaware                             Delaware Attorney Services
County of New Castle                          2000 Pennsylvania Avenue, Suite 207
                                              Wilmington, Delaware 19806

Subscribed and sworn before me, a Notary Public of the State of Delaware on March 20, 2008

Witness My Hand and Official Seal To

                                              Kimberly J. Ryan, My Commission Expires 6/15/08
                                              Notary Public, State of Delaware

                                              KIMBERLY J. RYAN
                                              NOTARY PUBLIC-DELAWARE
                                              My Commission Expires June 15, 2008