UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

Index / case #: 07CV11293

HENRYK SZYMIK,

## AFFIDAVIT OF SERVICE

**Plaintiff**

110 CHURCH LLC, ET AL.,

**Defendant**

_Essex_ County, State of: _New Jersey_   _F Michael Melillo SR._ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _New Jersey_

On _3-19-08_ at _225_ am/**pm** at: 1600 RT. 22 EAST UNION NJ 07083

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: HILLMAN ENVIRONMENTAL GROUP LLC
c/o HILLMAN ENVIRONMENTAL CO. INC. (herein after called the recipient) therein named.

- [ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

- [ ] **Suitable Age person** — By delivering thereat a true copy of each to; _____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

- [X] **Corporation or Partnership** — By delivering thereat a true copy of each to; _Shanon L Brangman Managing Agent_ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _Managing Agent_ thereof.

- [ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [X] **Description**
  - [ ] Male   [X] Female
  - [ ] White skin   [X] Black skin   [ ] Yellow skin   [ ] Brown skin   [ ] Red skin
  - [X] Black hair   [ ] Brown hair   [ ] Gray hair   [ ] Blonde hair   [ ] Red hair
  - [ ] 14-20 Yrs   [ ] 21-35 Yrs   [X] 36-50 Yrs   [ ] 51-65 Yrs   [ ] Over 65 Yrs
  - [ ] Under 5'   [ ] 5'0"-5'3"   [X] 5'4"-5'8"   [ ] 5'9"-6'0"   [ ] Over 6'
  - [ ] Under 100 Lbs   [X] 100-130 Lbs   [ ] 131-160 Lbs   [ ] 161-200 Lbs   [ ] Over 200 Lbs

  Other Identifying Features _____

- [ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on _March 19, 2008_
ROBERT CIFELLI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 6, 2008

(Print name below signature)
_Michael Melillo SR._

WORK ORDER No. 449541
FILE No.   HILLMAN ENVIRONMI