Index # 07 CV 11293
Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Henryk Szymik                                            Plaintiff

against

110 Church LLC, 53 Park Place LLC, 90 Church Street Limited Partnership et al       Defendant

---

STATE OF NEW YORK )   **DESCRIPTION OF PERSON SERVED:**        Approx. Age: 45 yrs
COUNTY OF ALBANY ) SS
CITY OF ALBANY       )   Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ March 20, 2008 _____, at _____ 11:20 am _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____ Summons and Complaint _____ on _____ Tribeca North End LLC _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40. _____ dollars; That said service was made pursuant to Section _____ LIMITED LIABILITY COMPANY LAW §303 _____ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th day of _____ March, 2008 _____

*[signature]*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*[signature]*
Robin Brandow

Invoice•Work Order # 0805254