Index # 07 CV 11293

Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York                    U. S. District Court                    Southern Dist. County

Henryk Szymik                                                                  Plaintiff

against

110 Church LLC, 53 Park Place LLC, 90 Church Street Limited Partnership et al          Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: | 45 yrs |

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**                    Approx. Age:   45 yrs

Weight:  155 Lbs  Height:    5'5   Sex:  Female  Color of skin:   White

Hair color:   Blonde   Other:

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 20, 2008 _____, at   11:20 am , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint                                                           on

Liberty View Associates L.P.                                                  , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of          40.      dollars; That said service

was made pursuant to Section   PARTNERSHIP LAW §121-109(A) (LP'S) .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

20th  day of _____  March, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin  Brandon

**Invoice•Work Order #** 0805252