Index # 07 CV 11293
Purchased/Filed:

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Henryk Szymik                                             Plaintiff

against

110 Church LLC, 53 Park Place LLC, 90 Church Street Limited Partnership et al          Defendant

---

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY         )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 yrs

Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

___Robin Brandow___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___March 20, 2008___, at ___11:20 am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons and Complaint___ on ___GPS Environmental Consultants, Inc.___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th day of ___March, 2008___

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0805239