# Affidavit of Process Server

United States District Court - Southern District of New York
(NAME OF COURT)

| Henry K Szymik | -vs- | Envirotech Clean Air, Inc. | 07CV11293 |
|---|---|---|---|
| PLAINTIFF / PETITIONER | | DEFENDANT/ RESPONDENT | CASE |

I declare that I am a Citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected. I was authorized by law to perform said service

**Service:** I served Envirotech Clean Air, Inc.
NAME OF PERSON / ENTITY BEING SERVICED)

with the (documents) Summons and Complaint

by serving Daniel Greenblatt        President
NAME                                 RELATIONSHIP

at ☐ Home
☒ Business  10 Spencer St., Stoneham, MA 02180

ON March 20, 2008                    at  1:55PM
DATE                                     TIME

Thereafter copies of the documents were mailed prepaid, first class mail on _____
DATE

from _____    _____
CITY    STATE

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours. copies at the office of the person /entity being served, leaving same with the person apparently in charge thereof
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 14 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person / entity being served.

**Non-Service:** After due search careful inquiry and diligent attempts at the address (es) listed above. I have been unable to effect process upon the person / entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Moved, Left no forwarding    ☐ Other:
☐ Address Does Not Exist    ☐ Service Canceled by Litigant    ☐ Unable to Serve In a Timely Fashion

**Service Attempts:** Service Was attempted on ( ) ___ DATE ___ TIME ___ ( ) ___ DATE ___ TIME

( ) ___ DATE ___ TIME    ( ) ___ DATE ___ TIME    ( ) ___ DATE ___ TIME

**Description:** Age: ___ Sex: ___ Race: ___ Hgt: ___ Wgt: ___ Hair: ___ Glasses: ___

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

March 20, 2008    at Randolph    MA
DATE                CITY        STATE

state of Massachusetts
county of Norfolk

                                                    _____
                                                    Constable

subscribed and sworn before me, a notary public, this 21st day of March, 2008

WITNESS MY HAND AND OFFICIAL SEAL TO

My commission expires: ROGER B. WHITCOMB
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 30, 2013

Note:                                               NOTARY PUBLIC
                                                    Roger B. Whitcomb