United States District Court
~~SUPREME COURT OF THE STATE OF NEW YORK~~
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| HENRYK SZYMIK,<br><br>           Plaintiffs,<br><br>    Against,<br><br>110 CHURCH LLC,<br>53 PARK PLACE LLC,<br>90 CHURCH STREET LIMITED PARTNERSHIP,<br>ALAN KASMAN DBA KASCO,<br>AMBIENT GROUP, INC.,<br>AMG REALTY PARTNERS, LP,<br>ANN TAYLOR STORES CORPORATION,<br>BELFOR USA GROUP, INC.,<br>BFP ONE LIBERTY PLAZA CO., LLC,<br>BLACKMON-MOORING-STEAMATIC CATASTOPHE,<br>INC. d/b/a  BMS CAT,<br>BOARD OF MANAGERS OF THE HUDSON VIEW EAST<br>CONDOMINIUM,<br>BOSTON PROPERTIES, INC.,<br>BROOKFIELD FINANCIAL PROPERTIES, INC.,<br>BROOKFIELD FINANCIAL PROPERTIES, LP,<br>BROOKFIELD PARTNERS, LP,<br>BROOKFIELD PROPERTIES CORPORATION,<br>BROOKFIELD PROPERTIES HOLDINGS, INC.,<br>ENVIROTECH CLEAN AIR, INC.,<br>GENERAL RE SERVICES CORP.,<br>GPS ENVIRONMENTAL CONSULTANTS, INC.,<br>GRUBB & ELLIS MANAGEMENT SERVICES,<br>HILLMAN ENVIRONMENTAL GROUP, LLC.,<br>HUDSON VIEW EAST CONDOMINIUM,<br>HUDSON VIEW TOWERS ASSOCIATES,<br>INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,<br>KASCO RESTORATION SERVICES CO.,<br>LIBERTY VIEW ASSOCIATES, L.P.,<br>LIONSHEAD 110 DEVELOPMENT LLC,<br>LIONSHEAD DEVELOPMENT LLC,<br>MERRILL LYNCH & CO, INC.,<br>MOODY'S HOLDINGS, INC.,<br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,<br>NEW LIBERTY PLAZA LP,<br>NEW YORK CITY ECONOMIC DEVELOPMENT<br>CORPORATION,<br>NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, | **Index No.:**<br>07-CV-11293<br><br>**Statement of Service by Mail and Acknowledgement of Receipt by Mail of Summons and Complaint** |

| | |
|---|---|
| NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,<br>NOMURA HOLDING AMERICA, INC.,<br>NOMURA SECURITIES INTERNATIONAL, INC.,<br>ONE LIBERTY PLAZA,<br>R Y MANAGEMENT CO., INC.,<br>RELATED BPC ASSOCIATES, INC.,<br>RELATED MANAGEMENT CO., LP,<br>STRUCTURE TONE GLOBAL SERVICES, INC,<br>STRUCTURE TONE, (UK) INC.,<br>THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),<br>THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),<br>THE RELATED COMPANIES, LP,<br>THE RELATED REALTY GROUP, INC.,<br>TOSCORP. INC.,<br>TRIBECA NORTH END, LLC,<br>VERIZON COMMUNICATIONS, INC.,<br>VERIZON NEW YORK, INC.,<br>VERIZON PROPERTIES, INC.,<br>WESTON SOLUTIONS, INC.,<br>WFP ONE LIBERTY PLAZA CO., L.P.,<br>WFP ONE LIBERTY PLAZA, CO. GP, CORP.,<br>WFP TOWER B CO. L.P.,<br>WFP TOWER B CO., G.P. CORP.,<br>WFP TOWER B HOLDING CO., LP,<br>WFP TOWER D CO. L.P.,<br>WFP TOWER D CO., G.P. CORP.,<br>WFP TOWER D HOLDING CO. I L.P.,<br>WFP TOWER D HOLDING CO. II L.P.,<br>WFP TOWER D HOLDING I G.P. CORP.,<br>WORLD FINANCIAL PROPERTIES, L.P.,<br>ZAR REALTY MANAGEMENT CORP.,<br>ZECKENDORF REALTY, LLC,<br>ZECKENDORF REALTY, LP,<br><br>                                      Defendants,<br>-------------------------------------------------------------------------X | |

**Statement of Service by Mail and
Acknowledgement of Receipt by Mail of**

**Summons and Complaint or Summons and Notice
or Notice of Petition and Petition**

A. STATEMENT OF SERVICE
BY MAIL

To:    Cozen O'Connor
        Attn: Thomas R. Harrington
        1900 Market Street
        Philadelphia, Pennsylvania 19103

    The enclosed summons and complaint are served pursuant to section 312-a of the Civil Practice Law and Rules.
    To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within **thirty (30) days** from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.
    If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint, or summons and notice, or notice of petition and petition in any other manner permitted by law, and the cost of such service is permitted by law will be entered as a judgment against you.
    If you have received a complaint or petition with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.
    If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.
    It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

B. ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received a summons and complaint in the above-captioned matter at (address) 1900 Market St., 5th Floor, Philadelphia, PA 19103

PLEASE CHECK ONE OF THE FOLLOWING:

IF 2 IS CHECKED, COMPLETE AS INDICATED:
1. [✓] I am not in military service.
2. [ ] I am in military service, and my rank, serial number and branch of service are as follows:
   Rank:_____
   Serial Number:_____
   Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: 3/27/08
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

_T. R. Harrington_
Signature

Thomas R. Harrington
Print Name

BELFOR USA GROUP, INC.
Name of Defendant for which acting

_Counsel for Belfor_
Position with Defendant for which acting

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

4